**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER BRICKEY**                                                                 **PETITIONER**
**ADC #129049**

v.                           **CASE NO. 5:16-CV-00150 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                 **RESPONDENT**

**ORDER**

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 14] and petitioner Christopher Brickey's objections [Doc. No. 17] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, Brickey's petition for a writ of habeas corpus is denied and dismissed with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 3rd day of April 2017.

_____
UNITED STATES DISTRICT JUDGE